

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

NO. WR-82,809-02

**EX PARTE CARL DEWAYNE ANTHONY, Applicant**

ON APPLICATION FOR A WRIT OF HABEAS CORPUS
CAUSE NO. CR11-120 IN THE 4TH DISTRICT COURT
FROM RUSK COUNTY

**YEARY, J., filed a dissenting opinion.**

**DISSENTING OPINION**

I dissent for the reasons stated in my dissenting opinion in *Ex parte Fournier*, 473

S.W.3d 789 (Tex. Crim. App. 2015).

FILED: January 27, 2016
DO NOT PUBLISH